IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00131-BO-KS

VICTOR KEFFER,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE DISCOVERY PLAN**

THIS MATTER is before the Court on the Parties' Joint Motion to Extend the Deadline to File a Discovery Plan; for good cause shown, the Joint Motion to Extend the Deadline to File a Discovery Plan [DE #15] is hereby GRANTED and the Parties shall have up to and including seven (7) days after the entry of an order on Defendant's Motion to Dismiss Plaintiff's State-Law Claims and to Strike Jury Demand [DE #10] to file a discovery plan.

This the 28th day of May 2024.

*/s/ Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge