UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VICTOR KEFFER, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> METROPOLITAN LIFE INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) | **JUDGMENT** <br><br> 5:24-CV-131-BO-KS |

**Decision by the Court.**

This cause comes before the Court *sua sponte.* By order entered March 12, 2025, the Court dismissed plaintiff's state law claims and permitted him an opportunity to re-plead his complaint under ERISA's civil enforcement mechanism. [DE 22]. To date, plaintiff has not filed an amended complaint, and no other action has been taken in the case.

Plaintiff has failed to comply with this order.

**IT IS ORDERED, ADJUDGED AND DECREED** judgment is entered in defendant Metropolitan Life Insurance Company's favor.

This case is closed.

**This judgment filed and entered on December 11, 2025, and served on:**
Joseph Frost (via CM/ECF Notice of Electronic Filing)
Olivia Fajen (via CM/ECF Notice of Electronic Filing)

December 11, 2025

PETER A. MOORE, JR., CLERK

*Lindsay Stouch*
By: Deputy Clerk